# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RHONDA SUE GROVES**                                                **PLAINTIFF**

**V.**                  **NO. 4:25-CV-00011-JTK**

**SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 9th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE